UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEROME W. WHEELER,

    Plaintiff,

v.                                       CASE NO. 3:13-cv-1284-J-34JBT

CHILDREN'S EDUCATIONAL
SERVICES, INC.,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** is before the Court following the Court's December 5, 2013 Order (Doc. 4). For the reasons set forth herein, the undersigned respectfully recommends that the case be **DISMISSED without prejudice**.

On October 23, 2013, Plaintiff filed his Complaint (Doc. 1) without paying the $400.00 filing fee or filing a request to proceed *in forma pauperis* by submitting an affidavit of indigency as required. *See* 28 U.S.C. §§ 1914(a), 1915(a)(1). On October 30, 2013, the Court entered an Order (Doc. 3) directing Plaintiff to either pay the filing fee or submit the attached affidavit of indigency or before November 29, 2013. (*Id.* at 1.) The Order also provided: "Failure to do so may result in a

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

recommendation to the District Judge that this action be dismissed without further notice." (*Id.*) By December 5, Plaintiff had not paid the filing fee or filed an affidavit of indigency. On that same day, the Court ordered Plaintiff to show cause "why this action should not be recommended for dismissal without prejudice for Plaintiff's failure to comply with the Court's October 30, 2013 Order and, specifically, Plaintiff's failure to pay the $400.00 filing fee or file an affidavit of indigency." (Doc. 4 at 1.) The Court gave Plaintiff until December 26, 2013 to do so.

To date, Plaintiff has not paid the filing fee, filed an affidavit of indigency, or otherwise responded to the Court's orders. The undersigned therefore recommends that the case be dismissed without prejudice pursuant to Local Rule 3.10(a) for Plaintiff's lack of prosecution of this case, including his failure to respond to Court orders, pay the filing fee, or file an affidavit of indigency.

Accordingly, it is respectfully **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice**.

2. The Clerk of the Court be directed to terminate any motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on January 7, 2014.

/s/ Joel B. Toomey
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Pro Se Plaintiff